April 16, 2020

Honorable Frank J. Bailey
United States Bankruptcy Judge
United States Bankruptcy Court, District of Massachusetts
J.W McCormack Post Office and Court House
5 Post Office Square Suite 1150
Boston, MA 02109-3945

Dear Judge Bailey

Re Case Number 1:20-bk-10284 Chapter 7 Bankruptcy filing for Home Remodeling Professionals of New England and Roland Leary (Debtor). I, Diane K Mahoney hereby file an exemption to the debtor's claim objection.

I, Diane K. Mahoney hereby object to the discharge of the debtor and or seek to have a debt declared as non-dischargeable

In sum, I am a victim of fraudulent and deceitful business practices on the part of Home Pros of New England. Roland Leary and Home Professionals of New England did not finish a project on my home and promised verbally and in writing to do so. I am listed a creditor (3.23) and he owes me $7000 as he did not complete a project according to a contract and a building permit with the Town of Barnstable. I am going to be required to hire another contractor to do this. . This project did not pass final inspection because it did not meet the Massachusetts Building Code. Roland Leary as Home Professionals of New England promised both me and Barnstable Building Inspector to fix this issue. Additionally, there is safety hazard, which presents a risk of Carbon Monoxide Poisoning.

Sincerely,

_Diane Mahoney_    April 16, 2020

Diane K. Mahoney

96 Bosuns Way

Marstons Mills, MA 02649

440-725-0648